AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States of America<br>v.<br>**JESSE HEMINGWAY**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:10-cr-00239-SRC-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JESSE HEMINGWAY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation Nos.: 1 and 2.

Date: 10/02/2018

City and state: Newark, New Jersey

*Issuing officer's signature*

Darlene Carr, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10-3-2018, and the person was arrested on *(date)* 10/17/2018
at *(city and state)* Newport News, VA

Date: 10/17/2018

*Arresting officer's signature*

Carter Davis, Deputy US Marshal
*Printed name and title*