2:18mj461

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

FILED
OCT 17 2018
CLERK, U.S. DISTRICT COURT
[illegible], VA

| United States of America | ) |
|---|---|
| v. | ) |
| JESSE HEMINGWAY | ) Case No. 2:10-cr-00239-SRC-1 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **JESSE HEMINGWAY**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation Nos.: 1 and 2.

Date: 10/02/2018

*Issuing officer's signature*

City and state: Newark, New Jersey

Darlene Carr, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

PROB 12C
(4/17)

# United States District Court

for

District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jesse Hemingway  **Docket Number:** 10-00239-001
  **PACTS Number:** 57815

**Name of Sentencing Judicial Officer:** THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/01/2011

**Original Offense:** Unlawful Transport Of Firearms - Etc., 18:922G.F

**Original Sentence:** 110 months imprisonment, 36 months supervised release

**Special Conditions:** Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Mental Health Treatment

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 07/31/2018

**Assistant U.S. Attorney:** Rodney Villazor, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Patrick McMahon, Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.' |

Prob 12C – page 2
Jesse Hemingway

On September 8, 2018, while housed at Rehabilitation Services halfway house Hemingway tested positive for the use of alcohol. On September 22, 2018, the offender refused to take a breathalyzer as required by the halfway house.

2   The offender has violated the special supervision condition which states 'You must reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility. You must pay subsistence as required by the program.'

On July 31, 2018, Hemingway was placed into Rehabilitation Services halfway house in Newport News, Virginia. On September 8, 2018, the offender was missing from the halfway house for four hours and 54 minutes. When he returned to the halfway house he tested positive for the use of alcohol. On September 9, 2018, he was missing from the halfway house for 57 minutes. On September 13, 2018, he was smoking where prohibited. On September 22, 2018, he was missing from the halfway house for 41 minutes and refused to take a breathalyzer when he returned. On September 24, 2018, He refused to stand count as directed. And on September 27, 2018, a staff member at the halfway house was told by other residents that Hemingway was in a bathroom "acting crazy" and mimicking characters from a movie. Upon investigating, this staff member was attacked by the offender, as Hemmingway attempted to grab him and pull him to the ground. The staff member was able to get out of the bathroom and into the hallway, but Hemmingway continued to attempt to attack this staff member. Eventually Hemmingway was forced out of the facility and the police were called. Upon arriving the police found Hemmingway lying in a ditch in the attempt to avoid apprehension.

I declare under penalty of perjury that the foregoing is true and correct.

By: KEVIN P. EGLI
Senior U.S. Probation Officer
Date: 10/01/2018

---

**THE COURT ORDERS:**

☒ The Issuance of a Warrant
☐ The Issuance of a Summons. Date of Hearing: _____. (as recommended by Probation)
☐ No Action
☐ Other

Honorable Stanley R. Chesler,   10/2/18
United States District Court Judge